**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE LUIS VILLANUEVA, | Case No.: 2:25-cv-00924-APG-NJK |
| Plaintiff, | **Order Directing Plaintiff to File a Change of Address Notification** |
| v. | |
| MARK, et al., | |
| Defendants. | |

According to the Nevada Department of Corrections ("NDOC") inmate database and the mail being returned as undeliverable, Plaintiff is no longer at the address listed with the Court. *See* Docket Nos. 10, 12. A "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. This Court grants Plaintiff **until February 27, 2026**, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by that date, this case will be subject to dismissal without prejudice.

Accordingly, for the reasons stated above,

IT IS ORDERED that Plaintiff will file his updated address on or before **February 27, 2026.**

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.

///

///

///

1

The Clerk of the Court is **INSTRUCTED** to send Plaintiff a courtesy copy of this order to him at Northern Nevada Correctional Center.

IT IS SO ORDERED.

DATED: January 29, 2026

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE