**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE LUIS VILLANUEVA, | Case No.: 2:25-cv-00924-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| MARK, et al., | [ECF Nos. 19, 22] |
| Defendants | |

On March 3, 2026, Magistrate Judge Koppe recommended that I dismiss this case because the plaintiff has not updated his address as ordered. ECF No. 22.  The plaintiff did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 22) is accepted, and I dismiss this case without prejudice.  The clerk of court is instructed to close this case.

DATED this 23rd day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE